DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICK MARAIST,** an individual, and **MARAIST LAW FIRM, P.A.,**
Appellants,

v.

**PALM BEACH FLORIDA HOTEL AND OFFICE BUILDING LIMITED
PARTNERSHIP,** et al.,
Appellees.

No. 4D2025-0179

[May 7, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 502008CA039646XXXXMB.

Patrick W. Maraist of Maraist Law Firm, P.A., North Palm Beach, for appellants.

Timothy Schulz of Timothy W. Schulz, P.A., West Palm Beach, for appellee Palm Beach Florida Hotel and Office Building Limited Partnership.

Alan Benjamin Rose and Gregory Weiss of Taft Stettinius & Hollister LLP, West Palm Beach, for appellee Nantucket Enterprises, Inc.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***